BEFORE THE SECOND DIVISION, DECEMBER 13, 1940

No. 44937.—Petitions 6017-R, etc., of Arkell Safety Bag Co. (New York).

Opinion by TILSON, J. It was held that the evidence clearly shows that in entering the merchandise the petitioner was without any intent to defraud the revenue or to conceal or misrepresent the facts. The petitions were therefore granted.

BEFORE THE FIRST DIVISION, DECEMBER 16, 1940

No. 44938.—Protest 762355-G of Elliot Greene Co., Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.